ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00335 WHO |
| Plaintiff, | **UNITED STATES' SECOND SUPPLEMENTAL SENTENCING MEMORANDUM** |
| v. | |
| BRIAN RABBITT, | Date: March 7, 2024 |
| Defendant. | Time: 1:30 p.m. |
| | Hon. William H. Orrick |

## I. INTRODUCTION

The government filed a sentencing memorandum on September 28, 2021, *See* Dkt. No. 41, and a supplemental sentencing memorandum on March 28, 2022, *See* Dkt. No. 73 and continues to rely on the facts and analysis set forth in its memoranda.

As the Court is aware, the Defendant was referred to, participated in, and was then terminated from the Conviction Alternatives Program (CAP). Following his departure from CAP, the Defendant successfully proffered with the United States, pursuant to U.S.S.G. §§ 2D1.1(18) and 5C2.1. The United States therefore believes that the Defendant may satisfy the criteria for a two-level reduction in his Sentencing Guidelines calculation.

If so, the revised Total Offense Level in this case is 19.  Because the Defendant falls in Criminal History Category VI, the appropriate advisory Guidelines range would be 63-78 months' imprisonment. The government therefore revises its original sentencing recommendation proportionately, from 66 months to 53 months, or approximately 15 percent below the bottom of the Sentencing Guidelines range.

The government continues to believe that taking into account the factors set forth in 18 U.S.C. §3553(a), a sentence of approximately 15 percent below the bottom of the Guidelines range, or 53 months, is appropriate in this case.

DATED: February 29, 2024                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
ALEXANDRA SHEPARD
Assistant United States Attorney